1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927

7

   Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11               SAN JOSE DIVISION          *E-FILED - 5/3/07*

12  JASWINDER SINGH,                    )
                                        )   Case No. 07-0548 RMW
13            Plaintiff,                )
                                        )
14       v.                            )
                                        )
15  ALBERTO R. GONZALES, Attorney General of  )   STIPULATION TO DISMISS and
    the United States; MICHAEL CHERTOFF,      )   [PROPOSED] ORDER
16  Secretary of the Department of Homeland Security;  )
    EMILIO T. GONZALEZ, Director, Citizenship )
17  and Immigration Services; CHRISTINA POULOS, )
    Acting Director, Citizenship and Immigration )
18  Services; DAVID N. STILL, District Director, )
    Citizenship and Immigration Services; FRANCIS D. )
19  SICILIANO, Officer-in-Charge, Citizenship and )
    Immigration Services; UNITED STATES       )
20  DEPARTMENT OF JUSTICE; UNITED STATES       )
    DEPARTMENT OF HOMELAND SECURITY;           )
21  UNITED STATES CITIZENSHIP AND              )
    IMMIGRATION SERVICES;                      )
22                                             )
              Defendants.                      )
23  _____  )

24       Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

25  of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

26  action without prejudice in light of the fact that the United States Citizenship and Immigration

27  Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to

28  adjudicate such application within 30 days of the dismissal of this action.

1    Each of the parties shall bear their own costs and fees.

2

3    Date: April ____, 2007                    Respectfully submitted,

4                                              SCOTT N. SCHOOLS
                                               United States Attorney
5

6

7                                              EDWARD A. OLSEN
                                               Assistant United States Attorney
8                                              Attorneys for Defendants

9

10                                             _see fax signature_
     Date: April ____, 2007                    FAKHRUDEEN HUSSAIN
11                                             Attorney for Plaintiff

12

13                                  **ORDER**

14        Pursuant to stipulation, IT IS SO ORDERED.

15

16   Date:  5/3/07                             _Ronald M. Whyte_
17                                             RONALD M. WHYTE
                                               United States District Judge
18

19

20

21

22

23

24

25

26

27

28

Stip. to Dismiss
C07-0548 RMW                    2

1   Each of the parties shall bear their own costs and fees.

2

3   Date: April ____, 2007

                              Respectfully submitted,

4

                              SCOTT N. SCHOOLS
5                             United States Attorney

6

7                           EDWARD A. OLSEN
8                           Assistant United States Attorney

                           Attorneys for Defendants
9

10  Date: April 11, 2007

11                          FAKHRUDEEN HUSSAIN
                           Attorney for Plaintiff

12

13                          **ORDER**

14   Pursuant to stipulation, IT IS SO ORDERED.

15

16

17  Date:

18                          RONALD M. WHYTE
                           United States District Judge

19

20

21

22

23

24

25

26

27

28

Stip. to Dismiss
C07-0548 RMW